**POLK COUNTY, Appellant,**

v.

**H. A. THURMAN, Appellee.**

No. 3206.

Court of Civil Appeals of Texas.

Eastland.

Nov. 25, 1955.

Rehearing Denied Jan. 7, 1956.

488

Robert Willis, County Atty., Livingston, for appellant.

R. J. Balch, Seymour, for appellee.

COLLINGS, Justice.

This suit in trespass to try title was brought by H. A. Thurman against A. D. Rogers seeking judgment for the title and possession of a certain 85.4-acre tract of land situated in Baylor County, Texas.

Rogers duly filed his answer. Thereafter, Polk County filed a motion to be substituted as a party defendant in lieu of Rogers, claiming that Rogers was Polk County's tenant on the land in controversy. The motion was overruled and Polk County seeks to bring this appeal.

The order of the court denying Polk County's motion to be substituted as a party defendant in this cause is merely an interlocutory order and is not a final judgment. An appeal does not lie from such an order. Pioneer American Ins. Co. v. Knox, Tex. Civ.App., 199 S.W.2d 711 (Writ Ref.); McDonald v. Wallace, Tex.Civ.App., 205 S.W.2d 605 (Err. Dis.); Stewart v. State, 42 Tex. 242; 3-A Tex.Jur., page 121.

The appeal is dismissed.